# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Nadeen A. Krosowski,** | Bankruptcy No. 17-31510 |
| **Debtor**. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #24)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on May 25, 2018.

Dated: May 25, 2018

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Nadeen A. Krosowski,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

Mailing Information for Case 17-31510

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Cathe R Evans Williams**   cewilliams@tewlg.com, bankruptcy@tewlg.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov

**VIA US MAIL**

**Capital One, N.A.**
**C O Becket And Lee Llp**
**Po Box 3001**
**Malvern, Pa 19355-0701**

**First Associates Loan Servicing, Llc**
**As Agent For Lending Usa**
**P.O. Box 503430**
**San Diego, Ca 92150-3430**

**Portfolio Recovery Associates, Llc**
**Successor To Synchrony Bank**
**(Walmart Credit Card)**
**Pob 41067**
**Norfolk, Va 23541**

**Nadeen A Krasowski**
**2316 Rossiter**
**Plainfield, IL 60586**